[Civ. No. 3868.   Third Appellate District.—July 25, 1929.]

FRED WILSON, Petitioner, v. POLICE COURT OF THE CITY OF MODESTO et al., Respondents.

Gumpertz & Mazzera for Petitioner.

No appearance for Respondents.

THE COURT.— Denied without prejudice on the ground that it does not appear that the petitioner has applied to the Superior Court of Stanislaus County for a writ of prohibition to restrain further action under the ordinance complained of on the grounds that section 1 of said ordinance is not an emergency measure.